


N Jane DuBovy CSB # 98817
A2Z EDUCATIONAL ADVOCATES
881 Alma Real, Suite 309
Pacific Palisades, CA 90272
(310) 573-1430 Office
(310) 573-1425 Fax
njdubovy@a2zedad.com

Michael H. White CSB # 51811
LAW OFFICES OF MICHAEL H. WHITE
11024 Balboa Blvd. #615
Granada Hills, CA 91344
Phone/Fax: (818) 368-0444
mhw4law@socal.rr.com

Priority _K_
Send _X_
Enter ___
Closed ___
JS-5/JS-6 _X_
JS-2/JS-3 ___
Scan Only ___

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M., a minor, by and through his Guardian Ad Litem, DAVID MARSHALL; DAVID MARSHALL and KARLA MARSHALL,<br><br>Plaintiffs,<br><br>vs.<br><br>MONROVIA UNIFIED SCHOOL DISTRICT, a public entity; EAST SAN GABRIEL VALLEY SPECIAL EDUCATION LOCAL PLANNING AREA, a public entity; GAIL CROTTY, individually and in her official capacity; DR. LOUISE TAYLOR, individually and in her official capacity; and DOES 1-10,<br><br>Defendants. | Case No.: **CV06-2708 RSWL (JTLx)**<br><br>**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>[F.R.C.P. 41(a)(1)] |



PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE

1

TO THE COURT, ALL DEFENDANTS, AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE THAT the Plaintiffs in the above-captioned action hereby dismiss <u>without</u> prejudice this action in its entirety, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Plaintiffs reserve the right to re-file any and all claims for relief upon the conclusion of the pending administrative due process hearing.

Date: July 17, 2006

Submitted by:

N. Jane DuBovy and
Michael H. White
Attorneys for Plaintiffs

IT IS SO ORDERED
Dated  7-19-06
RONALD S.W. LEW
United States District Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA    )

COUNTY OF LOS ANGELES    )

I AM EMPLOYED IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN, AND NOT A PARTY TO THE WITHIN ACTION. MY BUSINESS ADDRESS IS 881 ALMA REAL DRIVE, SUITE 309, PACIFIC PALISADES, CA 90272.

On July 17, 2006 I served the foregoing documents described as:

**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE; CASE NO. CV06-2708 RSWL (JTLx)**

___X___ BY FACSIMILE and FIRST CLASS MAIL to all parties on the following service list from Pacific Palisades, CA.

Served on:

Jonathan Mott, attorney for Defendants
Parker & Covert LLP
17862 E. Seventeenth Street, Suite 204
Tustin, CA 92780
Facsimile: 714/573-0998

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 17, 2006 at Pacific Palisades, CA.

Cassidy English, Declarant

PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE

3